**NJ Affordable Homes**

Investor Activity

| ACCT | Last Name | First Name | Date | Deposit | Withdrawal/ Interest Payment | Accrued Interest | Description | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 03/12/98 | 25,000.00 | - | - | Deposit | 25,000.00 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 03/31/98 | - | - | 195.21 | Interest Earned | 25,195.21 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 06/30/98 | - | - | 944.82 | Interest Earned | 26,140.03 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 08/26/98 | 25,000.00 | - | - | Deposit | 51,140.03 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 09/30/98 | - | - | 980.25 | Interest Earned | 52,120.28 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 09/30/98 | - | - | 359.59 | Interest Earned | 52,479.87 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 10/10/98 | - | 359.59 | - | Interest Payment | 52,120.28 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 12/31/98 | - | - | 1,017.01 | Interest Earned | 53,137.29 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 12/31/98 | - | - | 937.50 | Interest Earned | 54,074.79 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 01/10/99 | - | 937.50 | - | Interest Payment | 53,137.29 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 03/31/99 | - | - | 1,055.15 | Interest Earned | 54,192.44 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 03/31/99 | - | - | 937.50 | Interest Earned | 55,129.94 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 04/10/99 | - | 937.50 | - | Interest Payment | 54,192.44 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 06/30/99 | - | - | 1,094.72 | Interest Earned | 55,287.15 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 06/30/99 | - | - | 937.50 | Interest Earned | 56,224.65 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 07/10/99 | - | 937.50 | - | Interest Payment | 55,287.15 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 09/30/99 | - | - | 1,135.77 | Interest Earned | 56,422.92 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 09/30/99 | - | - | 937.50 | Interest Earned | 57,360.42 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 10/10/99 | - | 937.50 | - | Interest Payment | 56,422.92 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 12/31/99 | - | - | 1,178.36 | Interest Earned | 57,601.28 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 12/31/99 | - | - | 937.50 | Interest Earned | 58,538.78 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 01/10/00 | - | 937.50 | - | Interest Payment | 57,601.28 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 03/31/00 | - | - | 1,222.55 | Interest Earned | 58,823.83 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 03/31/00 | - | - | 937.50 | Interest Earned | 59,761.33 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 04/10/00 | - | 937.50 | - | Interest Payment | 58,823.83 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 06/30/00 | - | - | 1,268.39 | Interest Earned | 60,092.22 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 06/30/00 | - | - | 937.50 | Interest Earned | 61,029.72 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 07/10/00 | - | 937.50 | - | Interest Payment | 60,092.22 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 09/13/00 | - | 25,000.00 | - | Withdrawal | 35,092.22 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 09/30/00 | - | - | 1,315.96 | Interest Earned | 36,408.18 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 09/30/00 | - | - | 775.93 | Interest Earned | 37,184.11 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 10/20/00 | - | 775.93 | - | Interest Payment | 36,408.18 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 12/31/00 | - | - | 1,365.31 | Interest Earned | 37,773.49 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 03/19/01 | - | 2,230.00 | - | Withdrawal | 35,543.49 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 03/31/01 | - | - | 1,413.51 | Interest Earned | 36,956.99 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 05/07/01 | - | 7,200.00 | - | Withdrawal | 29,756.99 |

**NJ Affordable Homes**

Investor Activity

| ACCT | Last Name | First Name | Date | Deposit | Withdrawal/ Interest Payment | Accrued Interest | Description | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 06/30/01 | - | - | 1,234.78 | Interest Earned | 30,991.77 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 07/20/01 | - | 8,970.00 | - | Withdrawal | 22,021.77 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 09/30/01 | - | - | 913.87 | Interest Earned | 22,935.64 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 12/31/01 | - | - | 860.09 | Interest Earned | 23,795.73 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 03/31/02 | - | - | 892.34 | Interest Earned | 24,688.07 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 06/30/02 | - | - | 925.80 | Interest Earned | 25,613.87 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 09/30/02 | - | - | 960.52 | Interest Earned | 26,574.39 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 12/31/02 | - | - | 996.54 | Interest Earned | 27,570.93 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 03/31/03 | - | - | 1,033.91 | Interest Earned | 28,604.84 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 06/30/03 | - | - | 1,072.68 | Interest Earned | 29,677.52 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 09/12/03 | - | - | 902.52 | Interest Earned | 30,580.04 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 09/12/03 | - | 23,980.04 | - | Interest Payment | 6,600.00 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 09/12/03 | - | 6,600.00 | - | Withdrawal | 0.00 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 12/31/03 | - | - | 0.00 | Interest Earned | 0.00 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 03/31/04 | - | - | 0.00 | Interest Earned | 0.00 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 06/30/04 | - | - | 0.00 | Interest Earned | 0.00 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 09/30/04 | - | - | 0.00 | Interest Earned | 0.00 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 12/31/04 | - | - | 0.00 | Interest Earned | 0.00 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 03/31/05 | - | - | 0.00 | Interest Earned | 0.00 |
| CH1652 | CHAUDHURI (CL-03) | HAIMONTI | 06/30/05 | - | - | 0.00 | Interest Earned | 0.00 |
| **CH1652** | CHAUDHURI (CL-03) | HAIMONTI | | 50,000.00 | 81,678.06 | 31,678.06 | | 0.00 |
| **Grand Total** | | | | 50,000.00 | 81,678.06 | 31,678.06 | | 0.00 |