Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  NJ Affordable Homes Corp.
Debtor

                                            Case No.: 05−60442−DHS
                                            Chapter 7

Charles M. Forman
Plaintiff

v.

Haimonti Chaudhuri
Defendant

Adv. Proc. No. 07−02301−DHS                         Judge: Donald H. Steckroth

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on November 8, 2013, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 20 − 12
Order Granting Motion to Dismiss Adversary Proceeding (Related Doc # 12). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/8/2013. (rah)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 8, 2013
JJW: rah

                                                                               James J. Waldron
                                                                               Clerk